IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02378-ZLW

TERRANCE L. MOORE,

    Plaintiff,

v.

H. A. RIOS, Warden, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

On January 12, 2007, Plaintiff filed a document titled "Motion to Dismiss the Complaint." The Complaint and action were dismissed on January 11, 2007. The Motion, therefore, is denied as moot.

Dated: January 16, 2007

Copies of this Minute Order mailed on January 16, 2007, to the following:

Terrance L. Moore
Reg. No. 17644-056
USP - Florence
P.O. Box 7000
Florence, CO 81226

                                      Secretary/Deputy Clerk

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 6 2007

GREGORY C. LANGHAM
CLERK